# United States District Court

WESTERN DISTRICT OF WASHINGTON

Mary Lanphear, o/b/o, L.L., a minor child,

      v.

Michael J. Astrue

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5355RJB-KLS

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    1.    the Court adopts the Report and Recommendation;

    2.    The ALJ erred in his decision as described in the report;

    3.    The matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

December 12, 2008                        BRUCE RIFKIN
                                                   Clerk

                                               Jennie L. Patton
                                               Deputy Clerk