# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARY LANPHEAR

**JUDGMENT IN A CIVIL CASE**

v.

MICHAEL J. ASTRUE

CASE NUMBER: C08-5355RJB/KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. Plaintiff is hereby awarded EAJA fees of $5,023.30 and expenses of $50.90 pursuant to 28 U.S.C. §2412 and costs of $350.00 as set out at 28 U.S.C. §1920, payable to Plaintiff's attorney Elie Halpern.

February 2, 2009            BRUCE RIFKIN
                                                    Clerk

                                                     Jennie L Patton
                                                     Deputy Clerk